THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE HALVEY, Appellant, against JOHN F. HALVEY, Respondent.— Though we do not adopt in their entirety the views expressed by the Special Term, we think the result arrived at was correct. Order so far as appealed from affirmed, without costs. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.; Martin, P. J., dissents and votes to reverse the order so far as appealed from.

In the Matter of 277 FIFTH AVENUE, INC., Appellant. ESA SALAMY et al., Doing Business as SALAMY BROS., et al., Respondents.— Order unanimously reversed and the matter remitted to Special Term for further proceedings in accordance with the opinion of this court in *Matter of Frankel* (*Hatters' Oakhide Boxes*) (269 App. Div. 531), with costs and disbursements to the appellant to abide the event. Present — Martin, P. J., Townley, Dore, Cohn and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 54 W. 56, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [54 W. 56th St., Borough of Manhattan.] — After taking in consideration all relevant factors, we think that the order should be modified by fixing the assessments for each of the tax years involved as follows: Land $28,000, building $2,000, total $30,000. As so modified the order is unanimously affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HEWITT RUBBER CORPORATION, Individually and on Behalf of Other Creditors, Appellant, v. ELECTRIC STORAGE BATTERY COMPANY, Respondent, et al., Defendants.— Order unanimously modified by striking out all defenses and the counterclaim excepting the matter pleaded as the fourth and sixth separate defenses, and as so modified affirmed, with $20 costs and disbursements to the appellant, with leave to the defendant-respondent to plead over as to the counterclaim on payment of said costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ..

F. DURAND TAYLOR, Respondent, v. CITY INVESTING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.; Dore and Peck, JJ., dissent and vote to reverse the judgment appealed from and dismiss the complaint. (See *Sibbald* v. *Bethlehem Iron Company*, 83 N. Y. 378, 383; *Newberry & Co.* v. *Warnecke & Co.*, 267 App. Div. 418, 421, affd. 293 N. Y. 698; *Jordy* v. *Frango Corp.*, 291 N. Y. 781; *Rafailovich* v. *Sudman*, 293 N. Y. 668.)

KATHARINE O'BRIEN, Respondent, v. LITERARY SOCIETY OF ST. CATHERINE OF SIENA, Appellant.— Judgment affirmed, with costs. No opinion. Martin, P. J., and Callahan, J., dissent and vote to reverse the judgment appealed from and dismiss the complaint on the ground that the negligence of defendant, particularly with respect to the element of notice, was not established by a fair preponderance of evidence. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of SANDOZ CHEMICAL WORKS, INC., Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 270 App. Div. 760.]